FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 07, 2018

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANDREW JAMES PRUITT,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No. 1:17-CV-03042-FVS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION TO DENY PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND GRANT DEFENDANT'S MOTION FOR SUMMARY JUDGMENT<br><br>ECF Nos. 13, 14, 16 |

**BEFORE THE COURT** is the Report and Recommendation issued by Magistrate Judge Mary K. Dimke on April 19, 2018, ECF No. 16, recommending Plaintiff's Motion for Summary Judgment, ECF No. 13, be denied and Defendant's Motion for Summary Judgment, ECF No. 14, be granted. No objection was filed. After review, the Court hereby adopts the Report and Recommendation in its entirety. Accordingly, **IT IS ORDERED:**

1. The Report and Recommendation, **ECF No. 16**, is **ADOPTED** in its entirety.

2. Plaintiff's Motion for Summary Judgment, **ECF No. 13,** is **DENIED**.

ORDER ADOPTING REPORT AND RECOMMENDATION ~ 1

3. Defendant's Motion for Summary Judgment, **ECF No. 14,** is **GRANTED.**

The District Court Executive is directed to file this Order and forward copies to the parties. Judgment shall be entered for Defendant and the file shall be **CLOSED**.

DATED May 7, 2018.

<u>s/*Fred Van Sickle*</u>
Fred Van Sickle
Senior United States District Judge